No. 157, Misc. BERRY v. OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 158, Misc. McGEE v. SECOND DISTRICT CRIMINAL COURT OF DALLAS COUNTY ET AL. Ct. Crim. App. Tex. Certiorari denied.

No. 161, Misc. SIRES v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 167, Misc. DEDMON v. OLIVER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 169, Misc. CARTER v. BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 170, Misc. COCHRAN v. HUNT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 173, Misc. LYONS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 177, Misc. PEDERSON ET AL. v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Sydney W. Goff* for petitioners. *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent.

No. 182, Misc. BRYANT v. PEYTON, PENITENTIARY SUPERINTENDENT. Sup. Ct. App. Va. Certiorari denied.

No. 192, Misc. LAVERGNE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *John T. Murphy,* Deputy Attorneys General, for respondent.